UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                Plaintiff,

   -vs-

CHAD MESLER,

                Defendant.

_____

DECISION & ORDER

14-MJ-4133

FILED
MAY 24 2016
UNITED STATES DISTRICT COURT
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

     Based on defense counsel's motion, pursuant to 18 U.S.C. § 4241(a), for a hearing to determine the mental competency of the defendant, United States Magistrate Judge Marian W. Payson directed defendant, Chad Mesler, to submit to a psychiatric examination which occurred at a federal correctional institution.   Magistrate Judge Payson received and reviewed a detailed forensic evaluation concerning the defendant and has now submitted a thorough Report and Recommendation (Dkt. #32) concluding that the defendant is competent to stand trial.

     Defense counsel has received the forensic report and makes no objection to its conclusion and recommendation before Magistrate Judge Payson.   Furthermore, no objections have been filed to the Report and Recommendation.

     Therefore, I accept and adopt the Report and Recommendation of Magistrate Judge Payson. I have reviewed the forensic report and find that the Magistrate Judge's Report and Recommendation is consistent with that report.

**CONCLUSION**

I accept and adopt the Report and Recommendation (Dkt. #32) of United States Magistrate Judge Marian W. Payson.  Based on that report, and the fact that there are no objections to it, I find that defendant, Chad Mesler, is competent to stand trial before this Court.

IT IS SO ORDERED.


Dated:      May 24, 2016
            Rochester, New York

_____
HON. DAVID G. LARIMER
United States District Judge